UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                          CASE NO:  8:08-MC-21-T-30MAP

**LEONA ALAMINA,**

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the United States of America's Notice of Voluntary Dismissal (Dkt. #6).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed.
2. The hearing scheduled on May 29, 2008, before the Magistrate Judge is cancelled.
3. Any pending motions are denied as moot.
4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 9, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*F:\Docs\2008\08-mc-21.dismiss 6.wpd*